AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

United States of America f/u/b
The Lane Construction Corporation d/b/a
Senate Asphalt

**SUMMONS IN A CIVIL CASE**

V.

William V. Walsh Construction Co., Inc., et al

Case: 1:07-cv-01576
Assigned To : Walton, Reggie B.
Assign. Date : 9/4/2007
Description: Contract

TO: (Name and address of Defendant)

McKissack & McKissack of Washington DC
Serve: Ms. Deryl Mckissack, 1401 New York Ave, NW,
Ste. 900 Washington, DC 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen J. Annino, Esq. DC 390252
7653 Leesburg Pike, Falls Church, VA 22034

an answer to the complaint which is served on you with this summons, within __2d__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                SEP - 4 2007

CLERK                                  DATE

(By) DEPUTY CLERK

Oct 05 07 01:22p 301-589-5577 p.3

McKISSACK & McKISSACK

AO 440 (Rev. DC – September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 10-2-07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Scot N. Singleton | Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Joseph V. Brown Jr. Senior V.P. for ops of McKissack & McKissack at 1401 New York Ave # 900 N.W. Wash D.C.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | — | 75.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-2-07
            Date

Signature of Server

Address of Server: 17 Normandy Dr. S.S. MD. 20901

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.