AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

United States of America f/u/b
The Lane Construction Corporation d/b/a
Senate Asphalt

**SUMMONS IN A CIVIL CASE**

V.

William V. Walsh Construction Co., Inc., et al

CASE:

Case: 1:07-cv-01576
Assigned To : Walton, Reggie B.
Assign. Date : 9/4/2007
Description: Contract

TO: (Name and address of Defendant)

William V. Walsh Construction Co., Inc.
Serve: Prentice Hall Corporation System 1090 Vemont
Ave, NW, Washington, DC 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen J. Annino, Esq. DC 390252
7653 Leesburg Pike, Falls Church, VA 22034

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON　　　　　　　SEP - 4 2007

CLERK　　　　　　　　　　　　　　　　　　　　　　DATE

(By) DEPUTY CLERK

William Walsh = Prentice HALL

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me | DATE Oct. 1st 2007 |
| NAME OF SERVER (PRINT) Scot N. Singleton | TITLE Private Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Served Defendants Registered Agent: Prentice HALL Corp. System at 1090 Vermont Ave. N.W. Wash. D.C. Renee Rice Authorized to Accept Service

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 75.00 | TOTAL 75.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-1-07
Date

Signature of Server

117 Normandy Rd. S.S. Md. 20901
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.