**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA f/u/b** | * | |
| **THE LANE CONSTRUCTION** | | |
| **CORPORATION, d/b/a** | * | Case No.: 1:07-cv-01576 |
| **SENATE ASPHALT** | | Judge: Reggie B. Walton |
| | * | Contract |
| **Plaintiffs,** | | |
| | * | |
| v. | | |
| | * | |
| **WILLIAM V. WALSH CONSTRUCTION** | | |
| **CO., INC., et al.** | * | |
| | | |
| **Defendants.** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**JOINT MOTION TO EXTEND DEADLINE FOR DEFENDANTS**
**TO FILE RESPONSIVE PLEADINGS**

Plaintiff, United States of America f/u/b The Lane Construction Corporation, d/b/a Senate Asphalt and Defendants, William V. Walsh Construction Co., Inc., McKissack & McKissack of Washington, Inc. and St. Paul Fire and Marine Insurance Company, by their undersigned counsel, file this Joint Motion to Extend Deadline for Defendants to File their Responsive Pleadings to Plaintiff's Complaint, and in support, state as follows:

1. The Complaint in this action was filed on or about September 4, 2007.

2. Service on Defendants was made on October 1, 2007. Responsive Pleadings must be filed by October 22, 2007.

3. Counsel for Plaintiff and Defendants have been communicating regarding the matter in an effort to narrow the issues involved.

4.      Plaintiff and Defendants hereby request a ten day time extension to and through November 1, 2007 for Defendants to file their Responsive Pleadings in the above-referenced matter.

**WHEREFORE**, Plaintiff, United States of America f/u/b The Lane Construction Corporation, d/b/a Senate Asphalt and Defendants, William V. Walsh Construction Co., Inc., McKissack & McKissack of Washington, Inc. and St. Paul Fire and Marine Insurance Company, respectfully request this Court to grant their Joint Motion to Extend Deadline for Defendants to File Answer and Counterclaim and to Order that the new deadline for Defendants to file their Answer and Counterclaim will be November 1, 2007.

Respectfully submitted,

BY:     /s Nicole L. Campbell
        Nicole Lefcourt Campbell, DC498490
        Huddles Jones Sorteberg & Dachille, P.C.
        10211 Wincopin Circle, Suite 200
        Columbia, Maryland 21044
        (301) 621-4120 (Telephone)
        (301) 621-4473 (Facsimile)


        /s Stephen J. Annino
        Stephen J. Annino
        Kasimer & Annino, P.C.
        7653 Leesburg Pike
        Falls Church, Virginia 22043
        (703) 893-3914 (Telephone)
        (703) 893-6944 (Facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of October, 2007, a copy of the foregoing Joint Motion to Extend Deadline for Defendants to Responsive Pleadings was sent via email and U.S. Mail to:

> Stephen J. Annino
> Kasimer & Annino, P.C.
> 7653 Leesburg Pike
> Falls Church, Virginia 22043
> sannino@kasannlaw.com
> (703) 893-3914 (Telephone)
> (703) 893-6944 (Facsimile)


> /s Nicole L. Campbell
> Nicole Lefcourt Campbell

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA f/u/b THE LANE CONSTRUCTION CORPORATION, d/b/a SENATE ASPHALT** | * * * | **Case No.: 1:07-cv-01576 Judge: Reggie B. Walton Contract** |
| **Plaintiffs,** | * | |
| v. | * | |
| **WILLIAM V. WALSH CONSTRUCTION CO., INC., et al.** | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

**UPON CONSIDERATION** of the Joint Motion to Extend Deadline for Defendants to File Answer and Counterclaim it is this _____ day of _____, 2007

**ORDERED**:

(1) The Joint Motion is hereby **GRANTED;** and

(2) Defendants' Responsive Pleadings are due on or before November 1, 2007.

_____
Judge, United States District Court for the
 District of Columbia

cc:

Nicole L. Campbell, Esquire
Huddles Jones Sorteberg & Dachille, P.C.
10211 Wincopin Circle, Suite 200
Columbia, Maryland 21044

Stephen J. Annino
Kasimer & Annino, P.C.
7653 Leesburg Pike
Falls Church, Virginia 22043