IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA             * <br> f/u/b THE LANE CONSTRUCTION <br> CORPORATION d/b/a SENATE ASPHALT   * <br> <br>              Plaintiff                          * <br> <br> v.                                                    * <br> <br> WILLIAM V. WALSH                       * <br> CONSTRUCTION CO., INC., et al. <br>                                                       * <br>              Defendants <br>                                                       * | Case No. 1:07-cv-01576 <br> Judge: Reggie B. Walton <br> Contract |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## MOTION TO DISMISS

William V. Walsh Construction Co., Inc. ("Walsh") and St. Paul Fire & Marine Insurance Company ("St. Paul") (collectively "Defendants"), by undersigned counsel and pursuant to F.R.C.P. 12(b)(6), file this Motion to Dismiss and for cause state as follows:

## MATERIAL FACTS NOT IN DISPUTE

The construction project that is the subject of this action is the Lincoln Circle and Approach Way Rehabilitation, Task Order 7 (the "Project"). The owner of the Project is the National Park Service (the "Owner"). The Owner entered into a contract with McKissack & McKissack of Washington, Inc. ("McKissack"), an architectural and design firm, for construction management and design services related to the Project. McKissack entered into a contract with William V. Walsh Construction Co., Inc. ("Walsh") for Walsh to perform the construction work at the Project. Walsh entered into a subcontract with The Lane Construction Co., Inc. d/b/a Senate Asphalt ("Lane"), for Lane to perform asphalt work on the Project (the "Subcontract").

Pursuant to 40 U.S.C. § 3131 (the "Miller Act"), Walsh, as the contractor performing the construction work on the Project, was required to provide a payment bond for the protection of all persons supplying labor and materials to the Project, in accordance with the terms of the Miller Act. Accordingly, Walsh, together with St. Paul Fire and Marine Insurance Company ("St. Paul"), as surety, furnished a payment bond for the project, Bond No.400U0997.

Lane filed its Complaint in this action on September 4, 2007. Count I of the Complaint is a breach of contract action by Lane against Walsh in the amount of $336,160.18. Count II of the Complaint is a payment bond action by Lane against Walsh and St. Paul, also in the amount of $336,160.18. Count III is a payment bond action in the amount of $336,160.18 against McKissack & McKissack of Washington, Inc., an architectural design firm who acted in the capacity of agent/construction manager for the Owner.[1]

On or about September 7, 2007, Walsh tendered Check No. 037874 to Lane, in the amount of $312,288.00. A copy of the said check is attached hereto as **EXHIBIT 1**. On October 30, 2007, Walsh tendered Check No. 038099 to Lane, in the amount of $30,000.00, via express mail; a confirmation of receipt was received by Walsh. A copy of the said check and confirmation receipt is attached hereto as **EXHIBIT 2**.

## ARGUMENT

Since the date Lane filed its Complaint, Walsh has paid Lane $342,288.00, an amount in excess of that sought by Lane in its Complaint. See Exhibit 1 and Exhibit 2. As such, there is no set of facts pursuant to which Walsh and St. Paul are liable for the amount claimed. See *Kowal v. MCI Communications Corp.*, 16 F.3d 1271, 1276 (D.C. Cir. 1994) (finding a complaint should be dismissed if a plaintiff can prove no set of facts in support of his claim which would entitle him to relief).

---

[1] McKissack has contemporaneously filed a Motion to Dismiss the action against it, as it did not furnish a payment bond.

2

WHEREFORE, Defendants respectfully move this Honorable Court to dismiss Counts I and II of the Complaint, and for such other relief as the Court may deem just.

Respectfully submitted,

BY: /s/ Nicole L. Campbell
Nicole Lefcourt Campbell, D.C. Bar #: 498490
Huddles Jones Sorteberg & Dachille, P.C.
10211 Wincopin Circle, Suite 200
Columbia, Maryland 21044
(301) 621-4120 (Telephone)
(301) 621-4473 (Facsimile)
campbell@hjpc.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 31st day of October, 2007, a copy of the foregoing Motion to Dismiss was sent via email and U.S. Mail to:

Stephen J. Annino
Kasimer & Annino, P.C.
7653 Leesburg Pike
Falls Church, Virginia 22043
(703) 893-3914 (phone)
(703) 893-6944 (fax)

/s/ Nicole L. Campbell
Nicole L. Campbell

| WILLIAM V. WALSH CONSTRUCTION CO., INC. | SANDY SPRING NATIONAL BANK OF MARYLAND | 85-109/550 | 037874 |
| MAIN ACCOUNT | 17801 Georgia Ave. | | |
| 14874 ROTHGEB DR. | Olney, Maryland 20832 | | |
| ROCKVILLE, MD 20850-5311 | | | |

Pay: *************************************312* thousand *288* dollars and no cents

| | DATE | CHECK NO. | AMOUNT |
| | 9-07-07 | 37874 | $***312,288.00 |

PAY TO THE ORDER OF:
SENATE ASPHALT
6216 OXON HILL ROAD
OXON HILL, MD 20745

"037874"  :055001096:  55 0026 25"01

[Endorsement stamp: SENATE ASPHALT DIVISION OF THE LANE CONSTRUCTION CORPORATION FOR DEPOSIT ONLY LANE CONSTRUCTION CORPORATION 20060913/1996]

**EXHIBIT 1**

| | | | | | |
|---|---|---|---|---|---|
| WILLIAM V. WALSH CONSTRUCTION CO., INC. / MAIN ACCOUNT | | SENA001 | | | 038099 |
| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
| 9-30-07 | 93007 | PROG PYMT 03-128 5020025000 | S 30000.00 | .00 | 30000.00 |
| CHECK DATE 10-26-07 | CHECK NUMBER 38099 | TOTALS | 30000.00 | .00 | 30000.00 |

**WILLIAM V. WALSH CONSTRUCTION CO., INC.**
MAIN ACCOUNT
14674 ROTHGEB DR.
ROCKVILLE, MD 20850-5311

SANDY SPRING NATIONAL BANK OF MARYLAND   65-109/550   038099
17801 Georgia Ave.
Olney, Maryland 20832

Pay: ****************************************Thirty thousand dollars and no cents

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| 10-26-07 | 38099 | $****30,000.00 |

PAY TO THE ORDER OF

SENATE ASPHALT
6216 OXON HILL ROAD
OXON HILL, MD 20745

⑆038099⑆ ⑈055010096⑈ 52 02026 5⑈01

**EXHIBIT 2**

**From:** TrackingUpdates@fedex.com [mailto:TrackingUpdates@fedex.com]
**Sent:** Wednesday, October 31, 2007 10:00 AM
**To:** ccavey@walsh-construction.com
**Subject:** FedEx Shipment 798297991543 Delivered

---

This tracking update has been requested by:

Company Name: WILLIAM V WALSH CONST COMPANY
Name:         Helen Roberts
E-mail:       Helen@walsh-construction.com

---

Our records indicate that the following shipment has been delivered:

Ship (P/U) date:            Oct 30, 2007
Delivery date:              Oct 31, 2007 9:59 AM
Sign for by:                S.POSEY
Delivered to:               Receptionist/Front Desk
Service type:               FedEx Priority Overnight
Packaging type:             Your Packaging
Number of pieces:           1
Weight:                     1.00 lb.
Special handling/Services:  Residential Delivery
                            Deliver Weekday

Tracking number: 798297991543


Shipper Information                 Recipient Information
Helen Roberts                       Mark schiller
WILLIAM V WALSH CONST COMPANY       VA Paving/Senate Asphalt
14674 ROTHGEB DRIVE                 14850 CONFERENCE CENTER DR STE 210
ROCKVILLE                           CHANTILLY
MD                                  VA
US                                  US
20850                               201513844

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:00 AM CDT on 10/31/2007.
To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA f/u/b** **THE LANE CONSTRUCTION** **CORPORATION, d/b/a** **SENATE ASPHALT, et al.** | * * * | Case No.: 1:07-cv-01576 Judge: Reggie B. Walton Contract |
| **Plaintiffs,** | * | |
| v. | * | |
| **WILLAIM V. WALSH** **CONSTRUCTION** **CO., INC., et al.** | * * | |
| **Defendants.** | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON REVIEW of Defendant William V. Walsh Construction Co., Inc. and St. Paul Fire & Marine Insurance Company's Motion to Dismiss and any Opposition filed thereto, it is this \_\_\_ day of _____, 2007, by the United States District Court for the District of Columbia, **ORDERED** that

(1) The Motion be and is hereby **GRANTED**; and

(2) Counts I and II of the Complaint are hereby **DISMISSED WITH PREJUDICE.**

_____
The Honorable Reggie B. Walton
United States District Court for the
 District of Columbia

cc:

Nicole L. Campbell, Esquire
Huddles Jones Sorteberg & Dachille, P.C.
10211 Wincopin Circle, Suite 200
Columbia, Maryland 21044

Stephen J. Annino, Esquire
Kasimer & Annino, P.C.
7653 Leesburg Pike
Falls Church, Virginia 22043