IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America f/u/b<br>THE LANE CONSTRUCTION<br>CORPORATION, d/b/a<br>SENATE ASPHALT, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>WILLIAM V. WALSH CONSTRUCTION<br>CO., INC., et al.<br><br>    Defendants. | Case No.    1:07-cv-1576 |

NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1) Plaintiffs hereby give notice of dismissal without prejudice of all claims against McKissack & McKissack of Washington, Inc.

    Respectfully submitted,


    /s/ Stephen J. Annino
Stephen J. Annino, DC 390252
KASIMER & ANNINO, P.C.
7653 Leesburg Pike
Falls Church, Virginia 22043
(703) 893-3914 Phone
(703) 893-6944 Fax

1

2

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on the _7th day of November, 2007, a copy of the foregoing was sent via email and U.S. Mail to:

      Nicole L. Campbell
      Huddles Jones Sorteberg & Dachille, P.C.
      10211 Wincopin Circle, Suite 200
      Columbia, Maryland 21044
      (301) 621-4120 (phone)
      (301)621-4473 (fax)
      campbell@hjpc.com

      _____/s/ Stephen J. Annino_____

2