IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America f/u/b<br>THE LANE CONSTRUCTION<br>CORPORATION, d/b/a<br>SENATE ASPHALT, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>WILLIAM V. WALSH CONSTRUCTION<br>CO., INC., et al.<br><br>    Defendants. | Case No.   1:07-cv-1576 |

**MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS**

The Plaintiff herein responds to the Motion to Dismiss filed by William V. Walsh Construction Co., Inc, and St. Paul Fire & Marine Insurance Company as follows:

**A.   STATEMENT OF RELEVANT FACTS**

On September 4, 2007, The Lane Corporation d/b/a Senate Asphalt ("Lane") filed a Complaint against William V. Walsh Construction Co. Inc. ("Walsh"), St. Paul Fire & Marine Insurance Company ("St. Paul"), and McKissack & McKissack of Washington, Inc., alleging breach of contract against Walsh, and seeking payment under the payment bond issued on the Project.[1]  Walsh and St. Paul filed a Motion to Dismiss on October 31, 2007.  They assert that the Complaint should be dismissed because, after the Complaint was filed, they paid $342,288.00 to Lane.  However, as alleged in the Amended Complaint filed by Lane on November 7, 2007, Walsh and St. Paul remain indebted to Lane in the amount of $217,762.44.

---

[1] On November 7, 2007, Lane filed a Notice of Voluntary Dismissal dismissing all claims against McKissack & McKissack of Washington, Inc. without prejudice.

B.     ARGUMENT

The only ground for dismissal asserted by the defendants is that Walsh has paid Lane $342,288.00 and therefore, "there is no set of facts pursuant to which Walsh and St. Paul are liable for the amount claimed." Although Defendants have attached copies of the checks which they allege were paid to Lane, no affidavit or other statement under oath verifying that these payments were received by Lane or that they have cleared was attached to the Motion. Further, Walsh and St. Paul do not assert that the payments were sufficient to completely discharge their obligations to Lane.

On November 7, 2007, Lane filed an Amended Complaint alleging that assuming the checks tendered by Walsh clear, Walsh and St. Paul will remain indebted to Lane in the amount of $217,762.44. Because no responsive pleadings had been filed, Lane had the right to amend its complaint as a matter of course. See Rule 15 FRCP ( "[a] party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served"); Adams v. Wuattlebaum, 219 F.R.D. 195, 58 Fed. R. Serv. 3d 279 (D.D.C. 2004) (holding that motions to dismiss do not qualify as responsive pleadings and do not preclude a plaintiff from amending its complaint as a matter of right). As alleged in the Amended Complaint, Walsh and St. Paul remain liable to Lane. Therefore, the Motion to Dismiss should be denied as moot and the case should proceed on the claims alleged in the Amended Complaint.

             Respectfully submitted,


             _____/s/ Stephen J. Annino_____
             Stephen J. Annino, DC 390252
             KASIMER & ANNINO, P.C.
             7653 Leesburg Pike
             Falls Church, Virginia 22043
             (703) 893-3914 Phone
             (703) 893-6944 Fax


         <u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on the 8th day of November, 2007, a copy of the foregoing was sent via the ECF system:

      Nicole L. Campbell
      Huddles Jones Sorteberg & Dachille, P.C.
      10211 Wincopin Circle, Suite 200
      Columbia, Maryland 21044
      (301) 621-4120 (phone)
      (301)621-4473 (fax)
      campbell@hjpc.com

            _____/s/ Stephen J. Annino_____
            Stephen J. Annino

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America f/u/b<br>THE LANE CONSTRUCTION<br>CORPORATION, d/b/a<br>SENATE ASPHALT, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>WILLIAM V. WALSH CONSTRUCTION<br>CO., INC., et al.<br><br>    Defendants. | Case No.   1:07-cv-1576 |

ORDER

UPON REVIEW of Defendants William V. Walsh Construction Co., Inc. and St. Paul Fire & Marine Insurance Company's Motion to Dismiss, Plaintiff's Memorandum in Opposition, and the Amended Complaint filed by Plaintiff, it is this _____ day of _____, 2007, by the United States District Court for the District of Columbia, ORDERED that the Motion be and hereby is DENIED.

_____
The Honorably Reggie B. Walton
United States District Court for the
District of Columbia

Cc:

Stephen J. Annino, Esq.
Kasimer & Annino, P.C.
7653 Leesburg Pike
Falls Church, Virginia 22043

Nicole L. Campbell, Esquire
Huddles Jones Sorteberg & Dachille, P.C.
10211 Wincopin Circle, Suite 200
Columbia, Maryland 21044