IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America f/u/b<br>THE LANE CONSTRUCTION<br>CORPORATION, d/b/a<br>SENATE ASPHALT, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>WILLIAM V. WALSH CONSTRUCTION<br>CO., INC., et al.<br><br>    Defendants. | Case No.    1:07-cv-1576 |

**MEMORANDUM IN OPPOSITION TO DEFENDANT MCKISSACK &
MCKISSACK OF WASHINGTON, INC.'S MOTION TO DISMISS**

The Plaintiff herein responds to the Motion to Dismiss filed by McKissack & McKissack of Washington, Inc. as follows:

**A.    STATEMENT OF RELEVANT FACTS**

On September 4, 2007, The Lane Corporation d/b/a Senate Asphalt ("Lane") filed a Complaint against William V. Walsh Construction Co. Inc. ("Walsh"), St. Paul Fire & Marine Insurance Company ("St. Paul"), and McKissack & McKissack of Washington, Inc. ("McKissack"), alleging breach of contract against Walsh and seeking payment under the payment bond issued on the Project.  McKissack filed a Motion to Dismiss on October 31, 2007.   It asserts that the Complaint should be dismissed because, after the Complaint was filed, Walsh paid $342,288.00 to Lane.  It also asserts that it owes no obligation to Lane under the payment bond.  On November 7, 2007, Lane filed a Notice of Voluntary Dismissal dismissing all claims against McKissack without prejudice.  Lane

also filed an Amended Complaint alleging that Walsh and St. Paul remain indebted to it in the amount of $217,762.44.

### B. ARGUMENT

Pursuant to the Notice of Voluntary Dismissal, McKissack is no longer a party to this action. Further, as alleged in the Amended Complaint filed by Lane, Walsh and St. Paul remain indebted to Lane in the amount of $217,762.44. Therefore, the arguments asserted in McKissack's Motion to Dismiss are moot. Accordingly, the motion should be denied and the case should proceed against the other defendants on the claims alleged in the Amended Complaint.

Respectfully submitted,

/s/ Stephen J. Annino
Stephen J. Annino, DC 390252
KASIMER & ANNINO, P.C.
7653 Leesburg Pike
Falls Church, Virginia 22043
(703) 893-3914 Phone
(703) 893-6944 Fax

### CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of November, 2007, a copy of the foregoing was sent via the ECF system:

Nicole L. Campbell
Huddles Jones Sorteberg & Dachille, P.C.
10211 Wincopin Circle, Suite 200
Columbia, Maryland 21044
(301) 621-4120 (phone)
(301) 621-4473 (fax)
campbell@hjpc.com

/s/ Stephen J. Annino
Stephen J. Annino

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America f/u/b
THE LANE CONSTRUCTION
CORPORATION, d/b/a
SENATE ASPHALT, et al.

    Plaintiffs,

v.       Case No.   1:07-cv-1576

WILLIAM V. WALSH CONSTRUCTION
CO., INC., et al.

    Defendants.

## ORDER

UPON REVIEW of Defendant McKissack & McKissack of Washington, Inc.'s Motion to Dismiss and Plaintiff's Memorandum in Opposition, it is this _____ day of _____, 2007, by the United States District Court for the District of Columbia, ORDERED that the Motion be and hereby is DENIED.

                                              _____
                                              The Honorably Reggie B. Walton
                                              United States District Court for the
                                              District of Columbia

Cc:

Stephen J. Annino, Esq.
Kasimer & Annino, P.C.
7653 Leesburg Pike
Falls Church, Virginia 22043

Nicole L. Campbell, Esquire
Huddles Jones Sorteberg & Dachille, P.C.
10211 Wincopin Circle, Suite 200
Columbia, Maryland 21044